# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case No. 3:21-cr-39 (TES) |
| **RANKO LUNIC,** : | |
| : | |
| **Defendant.** : | |
| : | |

## ORDER

Before the Court is Defendant Ranko Lunic's Motion to Amend Conditions of Release (Docs. 460, 462), which is unopposed by the Government. For good cause shown, Defendant's motion is **GRANTED**, and the Order Setting Conditions of Release (Doc. 302) is hereby **MODIFIED** to remove the "home detention" location restriction. All other conditions of release, including the location monitoring condition, shall remain in effect.

**SO ORDERED**, this 11th day of July, 2023.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge